MARK E. FERRARIO
Nevada Bar No. 1625
ferrariom@gtlaw.com
KARA B. HENDRICKS
Nevada Bar No. 7743
hendricksk@gtlaw.com
MOOREA L. KATZ
Nevada Bar No. 12007
katzmo@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Fax: (702) 792-9002
Attorneys for Defendants
*Clark County School District,*
*Filiberto Arroyo, James Ketsaa and*
*Christopher Klemp*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL M. BURGESS, individually, <br><br> Plaintiff, <br><br> vs. <br><br> CLARK COUNTY SCHOOL DISTRICT, a political subdivision; FILIBERTO ARROYO, an individual; JAMES KETSAA, an individual; CHRISTOPHER KLEMP, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Court Case No. 2:15-cv-01828-JCM-NJK <br><br><br> **STIPULATION AND ORDER TO EXTEND THE DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** <br><br> **(First Request)** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between all parties hereto, through their respective counsel of record, to extend the deadline until January 14, 2016 for Defendants Clark County School District ("CCSD"), Filiberto Arroyo, James Ketsaa and Christopher Klemp (collectively, "Defendants"), to file and serve a reply in support of their motion to dismiss.

///

///

///

1

1  Defendants filed their Motion to Dismiss (Doc. # 12) on November 25, 2015. A stipulation
2  and order was entered providing Plaintiff until December 31, 2015 to file an opposition thereto
3  (Doc. #14). Plaintiff filed his Opposition on December 23, 2015 (Doc. #15) and a reply is currently
4  due on January 4, 2016. Defendants have requested a 10 day extension of the reply deadline to
5  accommodate counsel's previously arranged travel schedule and to allow sufficient time to fully
6  address the issues raised in the opposition.

7  This is the first request for an extension of the reply deadline and is not intended to cause
8  undue delay or prejudice to any party.

Dated: December 28, 2015.                                   Dated: December 28, 2015.

GREENBERG TRAURIG, LLP                                      MAIER GUTIERREZ AYON

   /s/ Kara B. Hendricks                                       /s/ Jason R. Maier
Mark E. Ferrario, Esq.                                      Joseph A. Gutierrez, Esq.
Nevada Bar No. 1625                                         Nevada Bar No. 9046
Kara B. Hendricks, Esq.                                     Jason R. Maier, Esq.
Nevada Bar No. 7743                                         Nevada Bar No. 8557
Moorea L. Katz, Esq.                                        400 South 7th Street
Nevada Bar No. 12007                                        Suite 400
3773 Howard Hughes Parkway                                  Las Vegas, Nevada 89101
Suite 400 North                                             *Attorneys for Plaintiff*
Las Vegas, Nevada 89169
*Attorneys for Defendants*
*Clark County School District, Filiberto Arroyo,*
*James Ketsaa and Christopher Klemp*

**IT IS SO ORDERED**

*/s/ James C. Mahan*
UNITED STATES DISTRICT JUDGE

DATED: December 30, 2015

*LV 420598891v1 120810.011300*

Respectfully submitted by:

GREENBERG TRAURIG, LLP


      */s/ Kara B. Hendricks*
Mark E. Ferrario, Esq.
Nevada Bar No. 1625
Kara B. Hendricks, Esq.
Nevada Bar No. 7743
Moorea L. Katz, Esq.
Nevada Bar No. 12007
3773 Howard Hughes Pkwy., Suite 400N
Las Vegas, Nevada 89169
*Attorneys for Defendants*
*Clark County School District, Filiberto Arroyo,*
*James Ketsaa and Christopher Klemp*

LV 420598891v1 120810.011300