UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL BURGESS, | |
|        Plaintiff(s), | Case No. 2:15-cv-01828-JCM-NJK |
| vs. | ORDER |
| CLARK COUNTY SCHOOL DISTRICT, et al., | (Docket No. 20) |
|        Defendant(s). | |

      Pending before the Court is a discovery plan proposing a discovery period of 329 days. *See* Docket No. 20 at 2.[1] The presumptively reasonable discovery period is 180 days. *See* Local Rule 26-1(e)(1). The parties have failed to provide sufficient explanation to allow a discovery period of nearly double the presumptively reasonable timeframe. The only reason provided is that a related arbitration is on-going, and that the arbitration may impact this case. *See* Docket No. 20 at 2. To the extent the parties seek to delay this case based on other proceedings, they must file a request addressing the relevant standards for such relief. *See, e.g.*, *Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863-64 (9th Cir. 1979)). No showing has been made that the standards are met in this instance.

---

[1] The discovery period is calculated from the date of the first defendant's appearance, *see* Local Rule 26-1(e)(1), but the parties calculated their proposed discovery period from the date of their Rule 26(f) conference, *see* Docket No. 20 at 2.

For these reasons, the discovery plan is hereby **DENIED**.  No later than January 28, 2016, the parties shall file either a discovery plan that complies with the local rules or a proper request to stay this case pending resolution of the arbitration at issue.

IT IS SO ORDERED.

DATED: January 20, 2016

_____
NANCY J. KOPPE
United States Magistrate Judge